## U.S. Bankruptcy Court
## District of Colorado

In re:

                                            Bankruptcy Case No.**15−18034−MER**

**BRANDEN CHARLES GRIMM AND KIMBERLY RENEE LOWERY−GRIMM**

                Debtor

                                      Adversary Proceeding No.**15−01402−MER**

**NEXTGEAR CAPITAL, INC.**

                Plaintiff

v.

**BRANDEN CHARLES GRIMM**
**KIMBERLY RENEE LOWERY−GRIMM**

                Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

---

**Address of Clerk**

    **Clerk, U.S. Bankruptcy Court**
    **District of Colorado**
    **721 19th St.**
     **Denver, CO 80202−2508**

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**

    **Neal K. Dunning**
    **Tower Two**
    **Ste. 700**
    **Denver, CO 80222**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Date Issued:*

10/12/2015

                                                  *Kenneth S. Gardner, Clerk*

CSD 3007