UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF MAILING

     I hereby certify that I have this 12th day of October, 2015, served a true and correct copy of **SUMMONS AND COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT** by placing in a depository of the United States Mail, bearing proper postage, duly addressed as follows:

**Branden Charles Grimm**
10975 Columbine St.
Northglenn, CO 80233

**Kimberly Renee Lowery-Grimm**
10975 Columbine St.
Northglenn, CO 80233

**Ryan Peterson**
7550 W. Yale Ave., A-150
Denver, CO 80227

                                                       *s/ Jennifer L. Mellott*
                                                       Jennifer L. Mellott