UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**

In compliance with Bankr. R. 7007.1, plaintiff NextGear Capital, Inc. states that it is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a wholly-owned subsidiary of Cox Enterprises, Inc.  No publicly held company or investment fund holds 10% or more ownership interest in NextGear Capital, Inc.

Respectfully submitted this 12th day of October, 2015.

**NEXTGEAR CAPITAL, INC.**

By: *s/ Neal K. Dunning*
Neal K. Dunning, Esq.
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO  80222
Telephone:  (303) 329-3363
Facsimile:  (303) 393-8438
E-mail:  ndunning@bbdfirm.com
*Attorney forNextGear Capital, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached was served by First Class U.S. Mail or via the Court's ECF electronic filing on the following this 12th day of October, 2015:

**US Trustee**
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

**Branden Charles Grimm**
10975 Columbine St.
Northglenn, CO 80233

**Kimberly Renee Lowery-Grimm**
10975 Columbine St.
Northglenn, CO 80233

COURTESY COPY TO:
**Ryan Peterson**
7550 W. Yale Ave., A-150
Denver, CO 80227

**NEXTGEAR CAPITAL, INC.**

By: *s/ Neal K. Dunning*
Neal K. Dunning, Esq.