United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Adv. Proc. No. 15-01402-MER

Grimm,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: mckinleyj     Page 1 of 1     Date Rcvd: Nov 19, 2015
                      Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2015.
dft         +Branden Charles Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669
dft         +Kimberly Renee Lowery-Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2015 at the address(es) listed below:
            Neal K. Dunning    on behalf of Plaintiff   NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
              jmellott@bbdfirm.com
            Ryan   Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
            Ryan   Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
                                                                                                                                                                          TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-18034 MER |
| BRANDEN CHARLES GRIMM ) | |
| KIMBERLY RENEE LOWERY-GRIMM ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| NEXTGEAR CAPITAL, INC. ) | Adversary No. 15-15-1402 MER |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRANDEN CHARLES GRIMM ) | |
| KIMBERLY RENEE LOWERY-GRIMM ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR COMPLIANCE WITH RULE 7026, FED.R.BANKR.P. (Rule 26(f), Fed.R.Civ.P.) AND NOTICE OF STATUS AND SCHEDULING CONFERENCE**

THIS MATTER comes before the Court on the Plaintiff's Complaint and Defendants' Answer. The Court, having reviewed the file and being advised in the premises,

ORDERS as follows:

1. A status and scheduling conference in the within adversary proceeding is hereby scheduled for **Monday, January 4, 2016, at 1:30 p.m. in Courtroom C** on a trailing docket, United States Bankruptcy Court for the District of Colorado, US Custom House, 721 19th Street, Denver, Colorado. Parties wishing to appear by telephone shall call 720-904-7499 at the scheduled time of the hearing. The User ID for the conference call is 993 536 252#. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear.**

2. Pursuant to Rule 7026, Fed.R.Bankr.P., Rule 26, Fed.R.Civ.P., and L.B.R. 7026-1, counsel shall, on or before **December 14, 2015:**

A. Confer and discuss, pursuant to Rule 7026, Fed.R.Bankr.P., and Rule 26(f), Fed.R.Civ.P.,

   (i) the nature and basis of their claims and defenses;

   (ii) whether the parties consent to this Court's authority to enter final judgment with respect to all claims asserted in this matter; and

   (iii) the possibilities for a prompt settlement or resolution of the case.

   The parties are encouraged to consider the use of mediation to resolve some or all of their pending dispute(s).  If the parties agree, there is a mediation program administered by the Faculty of Federal Advocates that may provide mediation services.  Pursuant to Local Bankruptcy Rule 9019-2, the Court will refer this matter to mediation upon written stipulation by the parties.  If the parties desire to pursue mediation, they should file a motion with the Court by no later than the discovery completion date deadline.

B. Complete all initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P.

C. Develop a specific and firm discovery schedule and plan.  This discovery plan should

   (i) contain firm deadlines for completion of discovery and a date to file dispositive motions; and

   (ii) address any pertinent matters and identify anticipated problems identified in Rule 16(b) and (c), Fed.R.Civ.P.

D. <u>Submit a written report to the Court</u>, on or before **December 21, 2015**, which includes proposals for the following, or otherwise notify this Court by written report filed on or before the above date that the parties have resolved the issues in the within adversary proceeding and that a settlement and/or dismissal is imminent:

   (i) Amended pleadings shall be filed, and/or additional parties shall be joined, by _____.

2

    (ii)    Parties will provide expert disclosure under Rule 26(a)(2), Fed.R.Civ.P., by: _____.
Expert discovery shall be completed by: _____.

    (iii)    All fact discovery shall be **completed** by: _____.

    (iv)    Dispositive motions shall be filed by: _____.

    (v)    The parties [consent/do not consent] to this Court's authority to enter final judgment with respect to all claims asserted in this matter.

Submission of the report will serve as certification that all initial required disclosures, pursuant to Rule 7026(a), Fed.R.Bankr.P., have been fully and timely completed. Parties failing to indicate in the report whether they consent shall be deemed to have consented to this Court's authority to enter final judgment with respect to all claims asserted in this matter.

3. Counsel shall be prepared at the scheduling conference to discuss (a) anticipated discovery or procedural problems in the case, (b) settlement prospects, and (c) the proposed comprehensive discovery schedule.

4. The parties shall commence discovery immediately after their Rule 26(f) meeting, referenced in paragraph 2(A) above, is concluded.

**Failure to file the required status report on or before the due date will result in the automatic vacation and rescheduling of the status and scheduling conference. Further failure of the parties, or a party, to comply with this Order, or to appear at the status and scheduling conference, may result in the imposition of sanctions, dismissal of the within proceeding, or entry of judgment, if warranted and appropriate.**

Dated November 19, 2015        BY THE COURT:

                                              Michael E. Romero, Chief Judge
                                              United States Bankruptcy Court