UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT SUBMISSION OF REPORT PURSUANT TO ORDER FOR COMPLIANCE WITH FED.R.BANKR.P. 7026 (Fed.R.Civ.P.26 (a) and (f)**

The Plaintiff, NEXTGEAR CAPITAL, INC., by and through undersigned counsel, and Defendants, BRANDEN CHARLES GRIMM and KIMBERLY RENEE LOWERY-GRIMM, by their undersigned counsel, file the following joint report pursuant to the Court's Order for Compliance with Rule 7026:

1. Amended pleadings shall be filed, and/or additional parties shall be joined, by February 8, 2016.

2. Parties will provide expert disclosure under Rule 26(a)(2), Fed.R.Civ.P. by June 1, 2016. Expert discovery will be completed by August 8, 2016.

3. All fact discovery shall be completed by June 1, 2016.

4. Dispositive motions shall be filed by July 1, 2016; responses shall be filed 14 days after mailing of the dispositive motion.

5. The parties do request that a final pretrial conference be held prior to trial.

6. The parties do not request the option of a Court sponsored mediation prior to trial, as provided in L.B.R. 9019-2, at this time.

7. The Parties consent to the Bankruptcy Court entering final orders.

8. Trial is expected to last one and one-half days.

Respectfully submitted this 14th day of December, 2015.

By: */s/Neal K. Dunning*
Neal K. Dunning, Reg. No. 10181
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
Facsimile: (303) 393-8438
E-mail: ndunning@bbdfirm.com
*Attorney for NextGear Capital, Inc.*

By: */s/Ryan Peterson*
Ryan Peterson, Reg. No. 40335
7550 W. Yale Ave., A-150
Denver, CO 80227
Telephone: (303) 945-5872
Facsimile: (303) 479-8325
E-mail: Ryan@ryanpetersonlaw.com
*Attorney for Branden Grimm and Kimberly Grimm*