UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**INITIAL DISCLOSURES OF PLAINTIFF
PURSUANT TO FED. R.CIV. P. 26(a)**

Pursuant to Federal Rules of Civil Procedure 26(a), made applicable in this instance by Rule 7026 of the Federal Rules of Bankruptcy Procedure, the plaintiff, NextGear Capital, Inc. ("Plaintiff"), by and through its counsel, submits the following Amended Initial Disclosures, and without waiving any objections states as follows:

A.   <u>Individuals Likely To Have Discoverable Information That Plaintiff May Use To Support Its Claims.</u>

The witnesses set forth below are likely to possess discoverable information that Plaintiff may use to support its claims against defendant:

   1.   Branden C. Grimm, defendant

   2.   Kimberly R. Lowery-Grimm, defendant

3.       Sandy Thompson, Account Executive
Available through counsel for Plaintiff

4.       Jack Marcinkewicz, Regional Director for Plaintiff
Available through counsel for Plaintiff

5.       John Goodyear, Director of Risk
Available through counsel for Plaintiff

6.       Kristi Miller, Recovery Manager
Available through counsel for Plaintiff

7.       Michael Vittetau, Risk Manager for Plaintiff
Available through counsel for Plaintiff

8.       Samantha Snyder, former Default Risk Account Manager for Plaintiff
Available through counsel for Plaintiff

9.       Rebecca Jones, Risk Administrator for Plaintiff
Available through counsel for Plaintiff

10.     Lisa Stevens, Risk Administrator for Plaintiff
Available through counsel for Plaintiff

11.     Casey Warren, Lot Auditor for Plaintiff,
Available through counsel for Plaintiff

9.       Carmen Foster, consumer purchaser of the 2005 Ford F350
P.O. Box 28
Marshfield, MO  65706
Telephone: Unknown

12.     Gregory Branderhorst & Tracy Branderhorst, consumer purchasers of the 2006 Ford F350
3435 South 216th Road
Goodson, MO 65663
Telephone: 417-752-1110: Both

13.     Dale R. Crim & Marl L. Crim, consumer purchasers of the 2005 F150
2995 State Highway Y
Forsythe, MO  65653
Telephone: 913-439-9025: Him
Telephone: 913-485-0229: Her

2

    14.    Evan J. VanOstram, consumer purchaser of the 2004 BMW 3 Series
            1017 South New Avenue
            Springfield, MO  68507
            Telephone: 417-894-2054

    15.    Lonnie Hawkins, consumer purchaser of the 2004 Honda Element
            110 Castle Keep
            Rogersville, MO  65742
            Telephone: 417-350-6636

    16.    Johnathan Payne, consumer purchaser of the 2006 Nissan Xterra
            19 Fawn Road
            Wars, AR  72176
            Telephone: 501-350-8546

    17.    Trae Bennett, consumer purchaser of the 2007 Dodge Caliber
            307 Helen Avenue
            Popular Bluff, MO  63901
            Telephone: 573-772-2977

    18.    All witnesses identified by defendant.

    19.    All employees, agents, or representatives of defendant with knowledge of facts related to the claims or defenses in this case.

    20.    All employees, agents, or representatives of Your Choice Car with knowledge of facts related to the claims or defenses in this case.

    21.    All rebuttal and authenticating witnesses.

Plaintiff reserves the right to supplement this initial witness disclosure.

B.    <u>Documents That Plaintiff May Use To Support Its Claims</u>.

    1.    Certificate of Merger attached to Complaint as <u>Exhibit A</u>.

    2.    Demand Promissory Note and Security Agreement executed January 29, 2010 and attached to Complaint as <u>Exhibit B</u>.

    3.    Demand Promissory Note and Security Agreement executed July 30, 2013 and attached to Complaint as <u>Exhibit C</u>.

4. UCC Financing Statement and UCC Financing Amendment filed on February 1, 2010 and August 2, 2013, respectively, and attached to Complaint as <u>Exhibit D.</u>

5. Individual Personal Guaranty executed by Brandon Grimm and Kimberly Lowery-Grimm executed on July 30, 2013, and attached to Complaint as <u>Exhibit E.</u>

6. Affidavit of Carmen Foster.

7. Affidavit of Gregory Branderhorst and Tracey Branderhorst.

8. Retail Installment Contract between KB Motorsports, Inc. and Gregory Branderhorst and Tracey Branderhorst.

9. Affidavit of Dale Crim and Mary Crim.

10. Missouri Bill of Sale and Notice of Sale between KB Motorsports, Inc. and Dale Crim.

11. Affidavit of Evan J. Van Ostran.

12. Missouri Bill of Sale between KB Motorsports, Inc. and Evan J. Van Ostran.

13. Affidavit of Lonnie Hawkins.

14. Missouri Bill of Sale and Notice of Sale between KB Motorsports, Inc. and Lonnie Hawkins.

15. Affidavit of Johnathan C. Payne.

16. Retail Installment Contract between KB Motorsports, Inc. and Johnathan C. Payne.

17. Retail Installment Contract between KB Motorsports, Inc. and Trae Bennet.

18. Retail Installment Contract between Your Choice Car and Susan D. Thorpe for the purchase of the 2012 Mazda.

19. Additional Retail Installment Contracts between KB Motorsports and the purchasers of other missing Vehicles.

20. Business records of Plaintiff showing date and amount advanced for any missing Vehicles further identified by Plaintiff.

21. Lot audit notes.

22. Receivable Detail Report.

23. Receivable Detail – Write Offs Report.

24. SOT Vehicle Report.

25. Payments Received Report.

26. Collections Workbook – Write-offs Report.

27. Floored Vehicle History Report.

28. All documents identified by Defendants.

29. All documents received through third parties.

Plaintiff reserves its right to supplement the documents identified to date as discovery progresses in this matter.

C. Computation Of Damages.

1. **COUNT I (against Kimberly Lowery-Grimm) and COUNT III (against Kimberly Lowery-Grimm and Brandon Grimm)**

The following vehicles were sold by Defendant "out of trust" resulting in the following computation of damages which should be determined to be nondischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6):

| Stock # | Date Floored | Vehicle Description | VIN | Original Amount | Principal Balance | Written Off Principal |
|---|---|---|---|---|---|---|
| 229 | 02/21/2013 | 2005 Ford F150 Lariat | 1FTPW145X5FB67561 | $11,700.00 | $9,053.24 | $9,053.24 |
| 245 | 04/09/2013 | 2005 Ford F350SD XL | 1FTWW33P25EA86425 | $14,395.00 | $12,341.92 | $12,341.92 |
| 246 | 04/23/2013 | 2006 Chevrolet Impala SS | 2G1WD58C669377952 | $10,175.00 | $9,182.94 | $9,182.94 |
| 251 | 05/08/2013 | 2004 Volvo S80 | YV1TS59H341378997 | $4,650.00 | $.00 | $.00 |
| 252 | 05/09/2013 | 2006 Ford F350SD Lariat | 1FTWW33P56EA45501 | $18,255.00 | $16,475.14 | $16,475.14 |
| 254 | 05/13/2013 | 2005 Ford F150 Lariat | 1FTPW14595FA88060 | $8,440.00 | $7,617.10 | $7,617.10 |
| 256 | 05/28/2013 | 2007 Ford F250SD XL | 1FTSW21P47EA70841 | $15,500.00 | $14,725.00 | $14,725.00 |
| 257 | 05/28/2013 | 2004 BMW 3-Series 325Ci | WBABW33464PL31361 | $8,300.00 | $7,885.00 | $7,885.00 |
| 262 | 06/24/2013 | 2004 Honda Element EX | 5J6YH28504L014261 | $8,550.00 | $8,550.00 | $8,550.00 |
| 263 | 06/24/2013 | 2005 Ford F150 XLT | 1FTPW145X5FB08252 | $8,025.00 | $8,025.00 | $8,025.00 |
| 268 | 06/28/2013 | 2006 Nissan Xterra Off-Road | 5N1AN08W96C539282 | $9,250.00 | $9,250.00 | $9,250.00 |
| 272 | 07/18/2013 | 2011 Hyundai Sonata Hybrid | KMHEC4A4XBA012901 | $16,875.00 | $16,875.00 | $16,875.00 |
| 273 | 07/26/2013 | 2007 Infiniti M35 | JNKAY01F97M458847 | $13,657.24 | $13,657.24 | $13,657.24 |
| 276 | 08/15/2013 | 2007 Dodge Caliber SXT | 1B3HB48BX7D551874 | $6,810.00 | $6,795.00 | $6,795.00 |
| **Grand Totals:** | | | | **$154,582.24** | **$140,432.58** | **$140,432.58** |

5

2. **CALCULATION OF DAMAGES: COUNT II ONLY (Brandon Grimm only)**

Defendant fraudulently requested and obtained financing from Plaintiff for the following vehicles after they had already been sold to consumers, resulting in the following computation of damages which should be determined to be nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) for money, property, or extensions of credit obtained through actual fraud (these damages are also included in the damages calculation for Counts I and III):

| Stk # | Year | Make | Model | VIN | Floor Date | Unpaid Principal Balance |
|---|---|---|---|---|---|---|
| 262 | 2004 | Honda | Element EX | 5J6YH28504L014261 | 06/24/13 | $ 8,550.00 |
| 263 | 2005 | Ford | F150 XLT | 1FTPW145X5FB08252 | 06/24/13 | $ 8,025.00 |
| 264 | 2008 | Chevrolet | Trailblazer LS | 1GNDT13S882198247 | 06/24/13 | $ 1,990.00 |
| 265 | 2010 | MAZDA | MAZDA3 S SPO | JM1BL1S54A1265028 | 06/28/13 | $ 2,625.00 |
| 268 | 2006 | Nissan | Xterra Off-Road | 5N1AN08W96C539282 | 06/28/13 | $ 9,250.00 |
| 270 | 2004 | Ford | F350SD King Ranch | 1FTWW33P04EC81650 | 07/03/13 | $ 150.00 |
| 272 | 2011 | Hyundai | Sonata Hybrid | KMHEC4A4XBA012901 | 07/18/13 | $ 16,875.00 |
| 273 | 2007 | Infiniti | M35 | JNKAY01F97M458847 | 07/26/13 | $ 13,657.24 |
| 274 | 2006 | Ford | F350SD Amarillo | 1FTWW31P16EA26205 | 07/25/13 | $ 2,540.00 |
| 276 | 2007 | Dodge | Caliber SXT | 1B3HB48BX7D551874 | 08/15/13 | $ 6,795.00 |
| 277 | 2004 | Mini | Cooper S | WMWRE334X4TD77531 | 08/19/13 | $ 2,015.00 |
| 278 | 2005 | BMW | 7-Series 745Li | WBAGN63535DS57807 | 08/19/13 | $ 2,147.54 |
| 279 | 2004 | Hummer | H2 | 5GRGN23U34H115255 | 08/22/13 | $ 3,135.00 |
| | | | | | **TOTAL** | **$ 77,754.78** |

D. <u>Insurance Agreements</u>.

Plaintiff is unaware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action, or to indemnify or reimburse payments made to satisfy the judgment.

In accordance with Federal Rule of Civil Procedure 26, made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure, Plaintiff reserves the right to supplement these Amended Initial Disclosures as additional information becomes known.

Respectfully submitted this 16th day of December, 2015,

**NEXTGEAR CAPITAL, INC.**

By: *s/ Neal K. Dunning*
Neal K. Dunning
BROWN, BERARDINI, DUNNING & WALKER, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO  80222
Telephone:  (303) 329-3363
Facsimile:  (303) 393-8438
E-mail:  ndunning@bbdwfirm.com
*Attorney forNextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of December, 2015 a copy of the attached was served by First Class U.S. Mail or via email as addressed below:

**Ryan Peterson**
7550 W. Yale Ave., A-150
Denver, CO 80227

By: *s/ Jeni Mellott*
Jeni Mellott

7