UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding

| | | |
|---|---|---|
| Date: **January 4, 2016** | | **HONORABLE MICHAEL E. ROMERO, Presiding** |

| | | | |
|---|---|---|---|
| In re: | **BRANDEN CHARLES GRIMM and KIMBERLY RENEE LOWERY-GRIMM** | Debtor. | **Case No. 15-18034 MER**<br>**Chapter 7** |
| | **NEXTGEAR CAPITAL, INC.** | Plaintiff | **Adversary Proceeding**<br>**No. 15-1402 MER** |
| | **BRANDEN CHARLES GRIMM and KIMBERLY RENEE LOWERY-GRIMM** | v.<br>Defendants. | |

|  | Appearances | | |
|---|---|---|---|
| Plaintiff | | Counsel | **Neal Dunning** |
| Defendant | | Counsel | **Ryan Peterson** |

Proceedings:   **Adversary Status and Scheduling**

Orders:

[X] **A trial scheduling conference will be held on Monday, October 3, 2016, at 1:30 p.m.  A separate scheduling order and notice of hearing will enter.**

Date: **January 4, 2016**

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____