United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
     Plaintiff

Grimm,
     Defendant

Adv. Proc. No. 15-01402-MER

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cosior     Page 1 of 1     Date Rcvd: Jan 05, 2016
                          Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2016.
dft        +Branden Charles Grimm,    10975 Columbine St.,    Northglenn, CO 80233-4669
dft       +Kimberly Renee Lowery-Grimm,    10975 Columbine St.,    Northglenn, CO 80233-4669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2016 at the address(es) listed below:
          Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
            jmellott@bbdfirm.com
          Ryan   Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
          Ryan   Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
                                                                                                                                                   TOTAL: 3

*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: **January 4, 2016** | | **HONORABLE MICHAEL E. ROMERO, Presiding** |

| | | | |
|---|---|---|---|
| In re: | **BRANDEN CHARLES GRIMM and KIMBERLY RENEE LOWERY-GRIMM** | Debtor. | **Case No. 15-18034 MER**<br>**Chapter 7** |
| | **NEXTGEAR CAPITAL, INC.** | Plaintiff | **Adversary Proceeding**<br>**No. 15-1402 MER** |
| | **BRANDEN CHARLES GRIMM and KIMBERLY RENEE LOWERY-GRIMM** | v.<br>Defendants. | |

Appearances

| | | | |
|---|---|---|---|
| Plaintiff | | Counsel | **Neal Dunning** |
| Defendant | | Counsel | **Ryan Peterson** |

Proceedings: **Adversary Status and Scheduling**

Orders:

**[X] A trial scheduling conference will be held on Monday, October 3, 2016, at 1:30 p.m. A separate scheduling order and notice of hearing will enter.**

Date: **January 4, 2016**

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____