UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATED MOTION FOR PROTECTIVE ORDER PURSUANT TO
FED.R.BANKR.P. 7026 (Fed.R.Civ.P.26 (c))**

The Plaintiff, NEXTGEAR CAPITAL, INC., by and through undersigned counsel, and Defendants, BRANDEN CHARLES GRIMM and KIMBERLY RENEE LOWERY-GRIMM, by their undersigned counsel, file the following stipulated motion for protective order pursuant to Rule 7026 and Fed.R.Civ.P. 26(c):

1. On December 31st, 2015, Plaintiff propounded Interrogatories, Requests for Admission and Requests for Production (hereafter "Discovery Requests") upon the Defendants in the above-captioned suit.

2. Certain documents responsive to the Plaintiff's Discovery Requests contained credit applications, credit reports, driver's license numbers, and social security numbers of third parties who are not parties to this lawsuit, but who may be witnesses. These third parties were all purchasers of vehicles from K B Motorsports, Inc. during the year 2013. The vehicles in question are those vehicles listed on Exhibit 'F' attached to Plaintiff's Complaint in the above-captioned case.

1

3. In order to maintain the privacy of personal information of those third parties, the Plaintiff and the Defendants hereby stipulate and agree to a protective order, pursuant to Fed.R.Bankr.P. 7026 and Fed.R.Civ.P. 26(c), as follows:

   a. Defendants will not be required to produce or turn over to Plaintiff any credit application or credit report of any person who is not a named party in this lawsuit.

   b. Defendants will turnover bills of sale, title applications and other sale documents that contain the names, addresses and phone numbers of third parties who purchased vehicles from K B Motorsports that appear on Exhibit F attached to Plaintiff's Complaint in this case. However, Defendants shall redact all driver's license numbers, dates of birth, and social security numbers of these same third parties prior to producing said documents.

   c. Neither Plaintiff nor Defendants may use the information produced that relates in any way to these third party vehicle purchasers for any purpose whatsoever other than as is necessary to prosecute or defend in the above-captioned case up until, and not past the date of final judgment in this case.

   d. The terms of this Protective Order shall also apply to any supplemental responses to discovery.

   e. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for such parties to be heard.

   f. Nothing in this Protective Order shall prevent any party or other person from seeking modification of this Stipulated Protective Order or from objecting to discovery that the party or other person believes to be improper. Nothing in this Stipulated Protective Order shall prejudice the rights of any party to contest the alleged relevance, admissibility or discoverability of confidential documents or information sought.

4. The Plaintiff and Defendant hereby stipulate to the above and respectfully ask the Court to approve the attached proposed order

Respectfully submitted this 1st day of February, 2016.

By: /s/ Neal K. Dunning
Neal K. Dunning, Reg. No. 10181
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO  80222

Telephone: (303) 329-3363  
Facsimile: (303) 393-8438  
E-mail: ndunning@bbdfirm.com  
*Attorney for NextGear Capital, Inc.*

By: /s/ Ryan Peterson  
Ryan Peterson, Reg. No.  
7550 W. Yale Ave., A-150  
Denver, CO 80227  
Telephone: (303) 945-5872  
Facsimile: (303) 479-8325  
E-mail: Ryan@ryanpetersonlaw.com  
*Attorney for Branden Grimm and Kimberly Grimm*