UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER RE: STIPULATED MOTION FOR PROTECTIVE ORDER PURSUANT TO
FED.R.BANKR.P. 7026 (Fed.R.Civ.P.26 (c))**

THIS MATTER comes before the Court on the parties' Stipulated Motion for Protective Order Pursuant to Fed.R.Bankr.P. 7026 (Fed.R.Civ.P. 26(c)). The Court, having been advised, hereby GRANTS the Stipulated Motion and ORDERS:

a. Defendants will not be required to produce or turn over to Plaintiff any credit application or credit report of any person who is not a named party in this lawsuit.

b. Defendants will turnover bills of sale, title applications and other sale documents that contain the names, addresses and phone numbers of third parties who purchased vehicles from K B Motorsports that appear on Exhibit F attached to Plaintiff's Complaint in this case. However, Defendants shall redact all driver's license numbers, dates of birth, and social security numbers of these same third parties prior to producing said documents.

c. Neither Plaintiff nor Defendants may use the information produced that relates in any way to these third party vehicle purchasers for any purpose whatsoever

Page **1** of **2**

other than as is necessary to prosecute or defend in the above-captioned case up until, and not past the date of final judgment in this case.

d. The terms of this Protective Order shall also apply to any supplemental responses to discovery.

e. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for the parties to be heard.

f. Nothing in this Protective Order shall prevent any party or other person from seeking modification of this Stipulated Protective Order or from objecting to discovery that the party or other person believes to be improper. Nothing in this Stipulated Protective Order shall prejudice the rights of any party to contest the alleged relevance, admissibility or discoverability of confidential documents or information sought.

Dated:___February 5, 2016_____     BY THE COURT:

_____
United States Bankruptcy Judge