United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Adv. Proc. No. 15-01402-MER

Grimm,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cosior     Page 1 of 1     Date Rcvd: Feb 05, 2016
                       Form ID: pdf904     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2016.
```
ust          +Aaron Carson,    999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
ust          +Beverly Smith (341),    Byron G. Rogers Federal Building,   1961 Stout St.,   Ste. 12-200,
               Denver, CO 80294-1961
ust          +Nicole Zollars (341),    999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
dft          +Branden Charles Grimm,    10975 Columbine St.,   Northglenn, CO 80233-4669
dft          +Kimberly Renee Lowery-Grimm,    10975 Columbine St.,   Northglenn, CO 80233-4669
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Bernie Onstad
ust             Kathi Hindes
```
                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2016 at the address(es) listed below:
```
              Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
                jmellott@bbdfirm.com
              Ryan   Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
              Ryan   Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
```
                                                                                                                                    TOTAL: 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE:<br><br>BRANDEN CHARLES GRIMM, and<br>KIMBERLY RENEE LOWERY-GRIMM,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 15-18034-MER |
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br>v.<br><br>BRANDEN CHARLES GRIMM, and<br>KIMBERLY RENEE LOWERY-GRIMM,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Pro. No. 15-01402-MER |

**ORDER RE: STIPULATED MOTION FOR PROTECTIVE ORDER PURSUANT TO FED.R.BANKR.P. 7026 (Fed.R.Civ.P.26 (c))**

THIS MATTER comes before the Court on the parties' Stipulated Motion for Protective Order Pursuant to Fed.R.Bankr.P. 7026 (Fed.R.Civ.P. 26(c)). The Court, having been advised, hereby GRANTS the Stipulated Motion and ORDERS:

a. Defendants will not be required to produce or turn over to Plaintiff any credit application or credit report of any person who is not a named party in this lawsuit.

b. Defendants will turnover bills of sale, title applications and other sale documents that contain the names, addresses and phone numbers of third parties who purchased vehicles from K B Motorsports that appear on Exhibit F attached to Plaintiff's Complaint in this case. However, Defendants shall redact all driver's license numbers, dates of birth, and social security numbers of these same third parties prior to producing said documents.

c. Neither Plaintiff nor Defendants may use the information produced that relates in any way to these third party vehicle purchasers for any purpose whatsoever

      other than as is necessary to prosecute or defend in the above-captioned case up until, and not past the date of final judgment in this case.

d. The terms of this Protective Order shall also apply to any supplemental responses to discovery.

e. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for the parties to be heard.

f. Nothing in this Protective Order shall prevent any party or other person from seeking modification of this Stipulated Protective Order or from objecting to discovery that the party or other person believes to be improper. Nothing in this Stipulated Protective Order shall prejudice the rights of any party to contest the alleged relevance, admissibility or discoverability of confidential documents or information sought.

Dated: February 5, 2016

BY THE COURT:

_____
United States Bankruptcy Judge