UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATED MOTION TO EXTEND THE DISPOSITIVE MOTIONS DEADLINE BY 7 DAYS**

The Plaintiff, NEXTGEAR CAPITAL, INC., by and through undersigned counsel, and Defendants, BRANDEN CHARLES GRIMM and KIMBERLY RENEE LOWERY-GRIMM, by their undersigned counsel, file the following Stipulated Motion to Extend the Dispositive Motions Deadline by 7 Days:

1. The original deadline for Dispositive Motions in the above-captioned case was September 1st, 2016.

2. The Parties previously requested and were granted a 7-day extension of the deadline for Dispositive Motions, so the current deadline is September 8th, 2016.

3. The Parties have continued engaging in good faith settlement discussions and the parties mutually represent that they are very near an agreement, but are waiting on final approval from authorized representatives of the Parties.

4. However, in the event the parties do not reach a settlement of this case, it is anticipated that one or both parties will indeed file dispositive motions, and the parties wish to preserve that right, while also not unreasonably delaying these proceedings. To that end, the

1

parties jointly request herein that the Court approve a 7-day extension of the Dispositive Motions Deadline so that the new deadline for dispositive motions will be September 15th, 2016.

5. Such an extension will be in the best interests of judicial economy as it will not substantially alter the pre-trial schedule and will allow the parties to exhaust settlement discussions prior to filing dispositive motions.

6. The Plaintiff and Defendant hereby stipulate to the above and respectfully ask the Court to approve the attached proposed order

Respectfully submitted this 7th day of September, 2016.

By: /s/ Neal K. Dunning
Neal K. Dunning, Reg. No. 10181
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
Facsimile: (303) 393-8438
E-mail: ndunning@bbdfirm.com
*Attorney for NextGear Capital, Inc.*

By: /s/ Ryan Peterson
Ryan Peterson, Reg. No.
7550 W. Yale Ave., A-150
Denver, CO 80227
Telephone: (303) 945-5872
Facsimile: (303) 479-8325
E-mail: Ryan@ryanpetersonlaw.com
*Attorney for Branden Grimm and Kimberly Grimm*