UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER RE: STIPULATED MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE BY 7 DAYS**

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend the Dispositive Motions Deadline by 7 Days. The Court, having been advised, hereby GRANTS the Stipulated Motion and ORDERS:

   a. That the new deadline for dispositive motions shall be September 15th, 2016.

Dated:  September 9, 2016            BY THE COURT:

                                                                United States Bankruptcy Judge