United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
        Plaintiff                                                   Adv. Proc. No. 15-01402-MER

Grimm,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1           User: cosior              Page 1 of 1              Date Rcvd: Sep 09, 2016
                               Form ID: pdf904          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
ust          +Aaron Carson,   999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
ust          +Beverly Smith (341),   Byron G. Rogers Federal Building,   1961 Stout St.,   Ste. 12-200,
               Denver, CO 80294-6004
ust          +Nicole Zollars (341),   999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
dft          +Branden Charles Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669
dft          +Kimberly Renee Lowery-Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Bernie Onstad
ust             Kathi Hindes
                                                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
               jmellott@bbdfirm.com
              Ryan   Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
              Ryan   Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
                                                                                              TOTAL: 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, and | ) | CASE NO. 15-18034-MER |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, and | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER RE: STIPULATED MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE BY 7 DAYS**

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend the Dispositive Motions Deadline by 7 Days. The Court, having been advised, hereby GRANTS the Stipulated Motion and ORDERS:

    a. That the new deadline for dispositive motions shall be September 15th, 2016.

Dated:   September 9, 2016

BY THE COURT:

United States Bankruptcy Judge