UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  )<br>)<br>BRANDEN CHARLES GRIMM, and  )<br>KIMBERLY RENEE LOWERY-GRIMM,  )<br>)<br>Debtors.  ) | CASE NO. 15-18034-MER |

| | |
|---|---|
| )<br>NEXTGEAR CAPITAL, INC.,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>BRANDEN CHARLES GRIMM, and  )<br>KIMBERLY RENEE LOWERY-GRIMM,  )<br>)<br>Defendants.  )<br>) | Adv. Pro. No. 15-01402-MER |

**JOINT SUBMISSION OF REPORT PURSUANT TO SCHEDULING ORDER**

      The Plaintiff, NEXTGEAR CAPITAL, INC., by and through undersigned counsel, and Defendants, BRANDEN CHARLES GRIMM and KIMBERLY RENEE LOWERY-GRIMM, by their undersigned counsel, file the following Status Report pursuant to the Court's Scheduling Order:

1. Neither party has endorsed expert witnesses.

2. Neither Party anticipates the filing of Motions in Limine.

3. The Parties believe they can try the case in two days.

Respectfully submitted this 26th day of September, 2016.

By: *s/Neal K. Dunning*
Neal K. Dunning, Reg. No. 10181
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
Facsimile: (303) 393-8438
E-mail: ndunning@bbdfirm.com
*Attorney for NextGear Capital, Inc.*

By: *s/Ryan Peterson*
Ryan Peterson, Reg. No. 40335
7550 W. Yale Ave., A-150
Denver, CO 80227
Telephone: (303) 945-5872
Facsimile: (303) 479-8325
E-mail: Ryan@ryanpetersonlaw.com
*Attorney for Branden Grimm and Kimberly Grimm*