**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: <br><br> BRANDEN CHARLES GRIMM <br> KIMBERLY RENEE LOWERY-GRIMM <br><br>     Debtors. | Case No. 15-1402 MER <br><br> Chapter 7 |
| NEXTGEAR CAPITAL, INC. <br><br>     Plaintiff <br><br> v. <br><br> BRANDEN CHARLES GRIMM <br> KIMBERLY RENEE LOWERY-GRIMM <br><br>     Defendants | Adversary No. 15-1402 MER |

**NOTICE OF CHANGE IN HEARING TIME**

    PLEASE TAKE NOTICE that the trial scheduling conference which was originally scheduled on October 3, 2016, at 1:30 p.m. will be held at **2:30 p.m.**  Parties wishing to participate by telephone may call 1-888-684-8852. The access code is 9288499.

DATED:  September 29, 2016        BY ORDER OF THE COURT:

                                  KENNETH S. GARDNER, CLERK

                                  By:   Deborah L. Beatty, Deputy Clerk
                                        United States Bankruptcy Court
                                        U.S. Custom House
                                        721 19th Street
                                        Denver, Colorado 80202-2508