United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Grimm,
    Defendant

Adv. Proc. No. 15-01402-MER

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cosior     Page 1 of 1     Date Rcvd: Sep 29, 2016
                      Form ID: pdf904    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
```
ust          +Aaron Carson,   999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
ust          +Beverly Smith (341),   Byron G. Rogers Federal Building,   1961 Stout St.,   Ste. 12-200,
               Denver, CO 80294-6004
ust          +Nicole Zollars (341),   999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
dft          +Branden Charles Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669
dft          +Kimberly Renee Lowery-Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Bernie Onstad
ust             Kathi Hindes
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
```
          Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
           jmellott@bbdfirm.com
          Ryan   Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
          Ryan   Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
                                                                                             TOTAL: 3
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | |
| | Case No. 15-1402 MER |
| BRANDEN CHARLES GRIMM<br>KIMBERLY RENEE LOWERY-GRIMM | |
| | Chapter 7 |
|     Debtors. | |
| NEXTGEAR CAPITAL, INC. | Adversary No. 15-1402 MER |
|     Plaintiff | |
| v. | |
| BRANDEN CHARLES GRIMM<br>KIMBERLY RENEE LOWERY-GRIMM | |
|     Defendants | |

**NOTICE OF CHANGE IN HEARING TIME**

     PLEASE TAKE NOTICE that the trial scheduling conference which was originally scheduled on October 3, 2016, at 1:30 p.m. will be held at **2:30 p.m.**  Parties wishing to participate by telephone may call 1-888-684-8852. The access code is 9288499.

DATED:  September 29, 2016     BY ORDER OF THE COURT:

                                                  KENNETH S. GARDNER, CLERK

                                                  By:   Deborah L. Beatty, Deputy Clerk
                                                            United States Bankruptcy Court
                                                             U.S. Custom House
                                                             721 19th Street
                                                             Denver, Colorado 80202-2508