## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| | |
|---|---|
| October 3, 2016 | Honorable Michael E. Romero, Presiding<br>Courtroom C |

| | |
|---|---|
| In re:<br><br>BRANDEN CHARLES GRIMM<br>KIMBERLY RENEE LOWERY-GRIMM<br><br>Debtor. | Case No. 15-18034 MER<br><br>Chapter 7 |

NEXTGEAR CAPITAL, INC.

    Plaintiff

Adversary Proceeding No. 15-1402 MER

v.

BRANDEN CHARLES GRIMM
KIMBERLY RENEE LOWERY-GRIMM

    Defendants.

Appearances:

| | | | |
|---|---|---|---|
| Plaintiff | | Counsel | Neal Dunning |
| Defendant | | Counsel | Ryan Peterson |

Proceedings:

Trial Scheduling Conference

Orders:

The trial in this matter will commence on **Wednesday, January 11, 2017**, at **9:30 a.m**.  A separate scheduling order will enter.

BY THE COURT:
KENNETH S. GARDNER, CLERK


By:_____
    Deputy Clerk