United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Adv. Proc. No. 15-01402-MER

Grimm,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: cosior     Page 1 of 1     Date Rcvd: Oct 04, 2016
                    Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
dft          +Branden Charles Grimm,    10975 Columbine St.,    Northglenn, CO 80233-4669
dft          +Kimberly Renee Lowery-Grimm,    10975 Columbine St.,    Northglenn, CO 80233-4669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
       Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com, jmellott@bbdfirm.com
       Ryan Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
       Ryan Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
         TOTAL: 3

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| October 3, 2016 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>BRANDEN CHARLES GRIMM<br>KIMBERLY RENEE LOWERY-GRIMM<br><br>    Debtor. | Case No. 15-18034 MER<br><br>Chapter 7 |
| NEXTGEAR CAPITAL, INC.<br><br>    Plaintiff<br><br>v.<br><br>BRANDEN CHARLES GRIMM<br>KIMBERLY RENEE LOWERY-GRIMM<br><br>    Defendants. | Adversary Proceeding No. 15-1402 MER |

Appearances:

| Plaintiff | | Counsel | Neal Dunning |
|---|---|---|---|
| Defendant | | Counsel | Ryan Peterson |

Proceedings:

Trial Scheduling Conference

Orders:

The trial in this matter will commence on **Wednesday, January 11, 2017**, at **9:30 a.m**.  A separate scheduling order will enter.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
    Deputy Clerk