United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff
                                         Adv. Proc. No. 15-01402-MER
Grimm,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cosior     Page 1 of 1     Date Rcvd: Oct 04, 2016
                      Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
dft          +Branden Charles Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669
dft          +Kimberly Renee Lowery-Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
            Neal K. Dunning    on behalf of Plaintiff   NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com, jmellott@bbdfirm.com
            Ryan   Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
            Ryan   Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
                                                                                                                   TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>BRANDEN CHARLES GRIMM<br>KIMBERLY RENEE LOWERY-GRIMM<br><br>   Debtors. | Case No. 15-18034 MER<br><br>Chapter 7 |
| NEXTGEAR CAPITAL, INC.<br><br>   Plaintiff,<br><br>v.<br><br>BRANDEN CHARLES GRIMM<br>KIMBERLY RENEE LOWERY-GRIMM<br><br>   Defendants. | Adversary No. 15-1402 MER |

**ORDER**

PLEASE TAKE NOTICE that this matter is set for a two day trial, commencing on **Wednesday, January 11, 2017, at 10:00 a.m.,** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

IT IS ORDERED that the provisions of F<small>ED</small>.R.C<small>IV</small>.P. 26 shall apply to this proceeding, subject to the provisions of this Order. The requirements in this Order specifically supersede the requirements in Local Bankruptcy Rule 9070-1.

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1.  **Witnesses and Exhibits**.  The parties shall exchange witness lists and exhibits on or before **December 21, 2016**.  A List of Witnesses and Exhibits shall be filed with the Court on or before **December 21, 2016**, substantially in the form of L.B. Form 9070-1.1.  Do not file the actual exhibits unless otherwise directed by the Court.  Any illustrative aids to be used at trial in opening statements, with a witness, or in closing arguments, shall be exchanged by **December 28, 2016.**

    a.  The parties must exchange FULL SETS of intended exhibits prior to trial. Exhibits which have been attached to pleadings or provided as

        discovery responses are not considered to be exchanged for purposes of trial preparation.
- b. Exhibits must be marked for identification (Movant-numbers and Respondent-letters).
- **c. Multi-page exhibits should be individually page-numbered.**
- d. Expert witnesses must be specifically identified.
- e. The courtroom is equipped for electronic evidence presentation and the Court strongly encourages its use.  The guidelines for using courtroom technology are available at: http://www.cob.uscourts.gov/content/chief-judge-michael-e-romero-mer.
- f. If paper exhibits are being used, each party shall provide three (3) copies (original + 2) of all exhibits to the Law Clerk or Courtroom Deputy.  The original exhibits are to be used by the witness and the copies are for the Court.  Exhibits should be placed in a binder and indexed in the form of Attachment 1 to L.B.R. 9070-1.1.
- g. Written objections directed to the witnesses or exhibits must be filed with the Court and served on opposing counsel or partyon or before **January 4, 2017**, otherwise all objections except as to foundation and relevancy are waived.
- h. Copies of contested exhibits must be attached to the filing of objections for the Court's prior review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.
- i. While objections to exhibits will be deemed waived unless the objector complies with this paragraph, only those exhibits which are specifically admitted during the evidentiary hearing will be considered by the Court and become part of the evidentiary hearing record.

2. **Pretrial Statement**.  On or before **December 14, 2016**, (28 days) the parties, through counsel, if applicable, must confer and prepare a pretrial statement setting forth the following, which must be filed with the Court on or before **December 21, 2016:**

   - a. A brief summary of the claims and defenses of each party;
   - b. A concise statement of stipulated and uncontested facts;
   - c. A concise statement of the issues that are in dispute;
   - d. A brief statement of all points of law relied upon, citing pertinent statutes, standards, cases and other authority; and
   - e. If applicable, an itemization of damages with a description of the basis for the calculation.

**<span style="color:red">Failure to timely file the witness and exhibit lists or a complete pretrial statement <u>including stipulated facts</u> may result in the *sua sponte* vacation of the trial.</span>**

3. **Trial Briefs**.  For all trials and contested hearings set for one day or longer, it is the practice of this Court to request the parties to provide written closings, with legal authority and citations to the trial record, at a date to be determined after the close of evidence.  Accordingly, the Court asks the parties to forego pre-trial briefing in lieu of the written closings.  Motions requesting conventional oral closings may be tendered to the Court prior to the start of trial.

4. Notification of Settlement.  To facilitate court preparation for this hearing, any motion to continue the hearing or to vacate the hearing due to settlement shall be filed at least 24 hours prior to the scheduled hearing.  Parties shall contact chambers staff by telephone at 720-904-7413 upon filing such a motion, and chambers staff will advise parties if the hearing is continued or vacated.  Except in exigent circumstances not known 24 hours before the hearing, oral motions to continue will not be entertained.  If the matter is settled and a written motion to vacate due to settlement cannot be timely submitted, counsel and parties appearing pro se may be required to appear, either in person or by telephone, at the scheduled hearing time to read the terms of any settlement into the record.

5. Court Appearances.  Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.  All parties shall appear in person or by counsel.

Dated October 4, 2016            BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court