UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDEN CHARLES GRIMM, | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | CASE NO. 15-18034 MER |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01402-MER |
| BRANDEN CHARLES GRIMM, | ) | |
| KIMBERLY RENEE LOWERY-GRIMM, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT

The plaintiff in this action, NextGear Capital, Inc. ("Plaintiff"), filed this adversary proceeding seeking a determination that certain debts owed by Branden Charles Grimm ("Guarantor") and Kimberly Renee Lowery-Grimm, d/b/a KB Motor Sports Inc. d/b/a K B Motorsports ("Dealer"), (Guarantor and Dealer, collectively the "Defendants") to Plaintiff are not dischargeable. No adverse interest appears requiring notice pursuant to Bankruptcy Rule 2002. Accordingly, with the consent of the Parties evidenced by the signatures of Plaintiff's and Defendants' respective counsel on this judgment,

IT IS HEREBY ORDERED that judgment is hereby entered in favor of Plaintiff and against the Defendants, jointly and severally, in the total amount of Seventy Seven Thousand, Seven Hundred Fifty-Four and 78/100 Dollars ($77,754.78) (the "Judgment");

AND IT IS FURTHER ORDERED that this Judgment is determined to be nondischargeable pursuant to 11 U.S.C. §523, (a)(4) for defalcation while acting in a fiduciary

capacity, and;

AND IT IS FURTHER ORDERED that, commencing on January 15, 2017 and continuing on the fifteenth (15th) day of each consecutive month thereafter, Defendants shall pay Plaintiff consecutive, monthly payments, pursuant to a separate settlement agreement between the Parties;

AND IT IS FURTHER ORDERED that, provided no default has occurred under the parties' settlement agreement, Plaintiff shall refrain and forbear from executing on the Judgment, initiating supplemental proceedings, or levying or garnishing any of Defendants' assets.

Dated: _____          BY THE COURT:


_____
Hon. Michael E. Romero, Chief Judge
United States Bankruptcy Court

Presented by:

**NEXTGEAR CAPITAL, INC.**

By: _____
Neal K. Dunning, Esq.
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd., Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
Facsimile:  (303) 393-8438
E-mail:  ndunning@bbdfirm.com
Attorney for NextGear Capital, Inc.

**BRANDEN CHARLES GRIMM**
**KIMBERLY RENEE LOWERY-GRIMM**

By: _____
Ryan Peterson, Esq.
THE LAW OFFICE OF RYAN PETERSON, LLC
7550 W. Yale Ave., A-150
Denver, CO 80227
Telephone: (303) 945-5822
Facsimile:  (303) 479-8325

E-mail:  ryan@ryanpetersonlaw.com
Attorney for Branden Charles Grimm and Kimberly Renee Lowery-Grimm


Consented to by:

_____
Branden Charles Grimm

_____
Kimberly Renee Lowery-Grimm