UNITED STATES BANKRUPTCY COURT
District of Colorado

In re: Branden Charles Grimm and Kimberly Renee Lowery-Grimm
      Debtor(s),                                 Bankruptcy Case No.: 15-18034-MER
                                                        Chapter: 7

NEXTGEAR CAPITAL, INC.

                              Plaintiff,

        v.

Grimm

                              Defendant.          Adversary No.: 15-1402-MER

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 1/10/2017:

IT IS HEREBY ORDERED that judgment is hereby entered in favor of Plaintiff and against the Defendants, jointly and severally, in the total amount of Seventy Seven Thousand, Seven Hundred Fifty-Four and 78/100 Dollars ($77,754.78) (the "Judgment");   AND IT IS FURTHER ORDERED that this Judgment is determined to be nondischargeable pursuant to 11 U.S.C. §523, (a)(4) for defalcation while acting in a fiduciary capacity, and;   AND IT IS FURTHER ORDERED, that, commencing on January 15, 2017 and continuing on the fifteenth (15th) day of each consecutive month thereafter, Defendants shall pay, Plaintiffs consecutive, monthly payment, pursuant to a separate settlement agreement between the parties;   AND IT IS FURTHER ORDERED that, provided no default has occurred under the parties' settlement agreement, plaintiff shall refrain and forbear from executing on the Judgment, initiating supplemental proceedings, or levying or garnishing any of the Defendants assets.

                                                      FOR THE COURT:
                                                      Kenneth S. Gardner, Clerk