United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Grimm,
    Defendant

Adv. Proc. No. 15-01402-MER

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: cosior    Page 1 of 1    Date Rcvd: Jan 10, 2017
Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2017.
dft     +Branden Charles Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669
dft     +Kimberly Renee Lowery-Grimm,   10975 Columbine St.,   Northglenn, CO 80233-4669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:
    Neal K. Dunning    on behalf of Plaintiff   NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com, jmellott@bbdfirm.com
    Ryan   Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
    Ryan   Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
    TOTAL: 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br>)<br>BRANDEN CHARLES GRIMM, )<br>KIMBERLY RENEE LOWERY-GRIMM, )<br>)<br>Debtors. )<br>_____) | CASE NO. 15-18034 MER<br>Chapter 7 |
| NEXTGEAR CAPITAL, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BRANDEN CHARLES GRIMM, )<br>KIMBERLY RENEE LOWERY-GRIMM, )<br>)<br>)<br>Defendants. ) | Adv. Pro. No. 15-01402-MER |

## CONSENT JUDGMENT

The plaintiff in this action, NextGear Capital, Inc. ("Plaintiff"), filed this adversary proceeding seeking a determination that certain debts owed by Branden Charles Grimm ("Guarantor") and Kimberly Renee Lowery-Grimm, d/b/a KB Motor Sports Inc. d/b/a K B Motorsports ("Dealer"), (Guarantor and Dealer, collectively the "Defendants") to Plaintiff are not dischargeable. No adverse interest appears requiring notice pursuant to Bankruptcy Rule 2002. Accordingly, with the consent of the Parties evidenced by the signatures of Plaintiff's and Defendants' respective counsel on this judgment,

IT IS HEREBY ORDERED that judgment is hereby entered in favor of Plaintiff and against the Defendants, jointly and severally, in the total amount of Seventy Seven Thousand, Seven Hundred Fifty-Four and 78/100 Dollars ($77,754.78) (the "Judgment");

AND IT IS FURTHER ORDERED that this Judgment is determined to be nondischargeable pursuant to 11 U.S.C. §523, (a)(4) for defalcation while acting in a fiduciary

capacity, and;

AND IT IS FURTHER ORDERED that, commencing on January 15, 2017 and continuing on the fifteenth (15th) day of each consecutive month thereafter, Defendants shall pay Plaintiff consecutive, monthly payments, pursuant to a separate settlement agreement between the Parties;

AND IT IS FURTHER ORDERED that, provided no default has occurred under the parties' settlement agreement, Plaintiff shall refrain and forbear from executing on the Judgment, initiating supplemental proceedings, or levying or garnishing any of Defendants' assets.

Dated: January 10, 2017

BY THE COURT:

Hon. Michael E. Romero, Chief Judge
United States Bankruptcy Court

Presented by:

**NEXTGEAR CAPITAL, INC.**

By: _____
Neal K. Dunning, Esq.
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd., Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
Facsimile: (303) 393-8438
E-mail: ndunning@bbdfirm.com
Attorney for NextGear Capital, Inc.

**BRANDEN CHARLES GRIMM**
**KIMBERLY RENEE LOWERY-GRIMM**

By: _____
Ryan Peterson, Esq.
THE LAW OFFICE OF RYAN PETERSON, LLC
7550 W. Yale Ave., A-150
Denver, CO 80227
Telephone: (303) 945-5822
Facsimile: (303) 479-8325

E-mail: ryan@ryanpetersonlaw.com
Attorney for Branden Charles Grimm and Kimberly Renee Lowery-Grimm

Consented to by:

_____
Branden Charles Grimm

_____
Kimberly Renee Lowery-Grimm