United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Adv. Proc. No. 15-01402-MER

Grimm,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cosior     Page 1 of 1     Date Rcvd: Jan 10, 2017
                    Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2017.
dft     +Branden Charles Grimm,    10975 Columbine St.,    Northglenn, CO 80233-4669
dft     +Kimberly Renee Lowery-Grimm,    10975 Columbine St.,    Northglenn, CO 80233-4669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:
         Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com, jmellott@bbdfirm.com
         Ryan Peterson    on behalf of Defendant Kimberly Renee Lowery-Grimm ryan@ryanpetersonlaw.com
         Ryan Peterson    on behalf of Defendant Branden Charles Grimm ryan@ryanpetersonlaw.com
                                                                                      TOTAL: 3

UNITED STATES BANKRUPTCY COURT
District of Colorado

---

In re: Branden Charles Grimm and Kimberly Renee Lowery-Grimm
      Debtor(s),

Bankruptcy Case No.: 15-18034-MER
Chapter: 7

NEXTGEAR CAPITAL, INC.

                Plaintiff,

    v.

Grimm

                Defendant.

Adversary No.: 15-1402-MER

---

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 1/10/2017:

IT IS HEREBY ORDERED that judgment is hereby entered in favor of Plaintiff and against the Defendants, jointly and severally, in the total amount of Seventy Seven Thousand, Seven Hundred Fifty-Four and 78/100 Dollars ($77,754.78) (the "Judgment"); AND IT IS FURTHER ORDERED that this Judgment is determined to be nondischargeable pursuant to 11 U.S.C. §523, (a)(4) for defalcation while acting in a fiduciary capacity, and; AND
IT IS FURTHER ORDERED, that, commencing on January 15, 2017 and continuing on the fifteenth (15th) day of each consecutive month thereafter, Defendants shall pay, Plaintiffs consecutive, monthly payment, pursuant to a separate settlement agreement between the parties; AND
IT IS FURTHER ORDERED that, provided no default has occurred under the parties' settlement agreement, plaintiff shall refrain and forbear from executing on the Judgment, initiating supplemental proceedings, or levying or garnishing any of the Defendants assets.

                                              FOR THE COURT:
                                              Kenneth S. Gardner, Clerk